# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HOUSTON, CASSANDRA HOUSTON and BRITTANY HOUSTON, <br><br> Plaintiffs, <br> vs. <br> GOVERNING BOARD OF THE ENCINITAS UNION SCHOOL DISTRICT, et al., <br><br> Defendants. | CASE NO. 00cv2475 WQH (CAB) <br><br> **ORDER** |

HAYES, Judge:

On January 29, 2008, the Court of Appeals for the Ninth Circuit entered judgment in this case affirming in part, vacating in part and remanding. (Doc. # 169). This Court now has jurisdiction.

On December 13, 2000, Plaintiffs initiated this action by filing the Complaint. (Doc. # 1). On March 25, 2004, after granting Plaintiffs leave to amend their Complaint four times, this Court dismissed the Fourth Amended Complaint with prejudice with respect to the claims filed by Plaintiff Claudia Houston and without prejudice with respect to the claims filed by Plaintiffs Casandra and Brittany Houston. (Doc. # 122). The Court found that Plaintiffs failed to exhaust their administrative remedies as required by IDEA, 20 U.S.C. §§ 1400 et seq., and the Rehabilitation Act, 29 U.S.C. §§ 791 et seq, and failed to substantiate their claims that exhaustion would be futile. *Id.* at 10.

Plaintiffs appealed the Court's March 25, 2004 Order dismissing the Fourth Amended Complaint to the Ninth Circuit. (Doc. # 125). On January 28, 2008, the Ninth Circuit affirmed in part, vacated in part, and remanded. (Doc. # 169). The Ninth Circuit held that this Court "properly

1 dismissed appellants' claims under IDEA and the Rehabilitation Act because they failed to exhaust
2 administrative due process procedures or substantiate their claims that exhaustion was futile." *Id.* at
3 2. However, the Ninth Circuit held that this Court "should have dismissed Claudia Houston's federal
4 claims without prejudice." *Id.* The Ninth Circuit stated: "Accordingly, we vacate the district court's
5 judgment to the extent it dismissed Claudia Houston's federal claims with prejudice, and remand for
6 entry of judgment dismissing the entire action without prejudice." *Id.* at 3.

7     IT IS HEREBY ORDERED that the entire action is **DISMISSED without prejudice.** The
8 Court directs the Clerk of the Court to enter Judgment against the Plaintiffs and in favor of the
9 Defendants.

10 DATED: February 28, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge