1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  CLAUDIA HOUSTON, et al.,                         CASE NO. 00cv2475 WQH (CAB)

12                                    Plaintiffs,    ORDER

          vs.
13  ENCINITAS UNION SCHOOL
    DISTRICT, et al.,
14

15                                   Defendants.

HAYES, Judge:

16
17          The matter before the Court is the Ex Parte Application to Amend Factual Error in the

18  Order; to Correct Harmful Clerical Error of 4/9/04; to Set Evidentiary Hearing Re: the Clerical

    Error and to Review Per 20 U.S.C. 1415(i) ("Ex Parte Application") (Doc. # 195).
19
20          The Ex Parte Application requests that the Court correct various factual errors in its

21  May 27, 2008 Order (Doc. # 191).  The Court has reviewed Plaintiffs' request, and concludes

22  that the purported factual errors that Plaintiffs wish to correct have no bearing on the

    disposition of this action.  The Ex Parte Application also requests that the Court set a hearing
23
    pursuant to 20 U.S.C. section 1415(i).  However, on February 28, 2008, this Court issued an
24
25  order dismissing the entire action without prejudice and directing the Clerk of the Court to

26  enter judgment against Plaintiffs and in favor of Defendants (Doc. # 170), and the Clerk of the

27  Court entered judgment dismissing the entire action without prejudice, and terminated the case

    (Doc. # 171).   On May 27, 2008, the Court also issued an Order denying Plaintiffs' request
28
    for post-judgment relief pursuant to Rules 52, 59 and 60 of the Federal Rules of Civil

Procedure.  The case remains closed.  In light of the foregoing, the Court denies Plaintiffs' request for an evidentiary hearing.

IT IS HEREBY ORDERED that the Ex Parte Application to Amend Factual Error in the Order; to Correct Harmful Clerical Error of 4/9/04; to Set Evidentiary Hearing Re: the Clerical Error and to Review Per 20 U.S.C. 1415(i) (Doc. # 195) is **DENIED.**

DATED:  November 7, 2008

**WILLIAM Q. HAYES**
United States District Judge

00cv2475 WQH (CAB)